IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| O.A.S., ) | |
| ) | |
| Petitioner, ) | Civil Action No. 25-316J |
| ) | |
| v. ) | Magistrate Judge Maureen P. Kelly |
| ) | |
| LEONARD ODDO, *in his official capacity as* ) | Re: ECF Nos. 1 and 13 |
| *Warden of Moshannon Valley Processing* ) | |
| *Center, et. al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

AND NOW, this 10th day of December, 2025, and for the reasons stated in the Memorandum Opinion issued contemporaneously herewith, IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 1, is GRANTED.

Respondents shall RELEASE Petitioner from immigration detention FORTHWITH, subject to appropriate conditions in accordance with 8 U.S.C. § 1231(a)(3).

To the extent that Petitioner seeks any additional habeas relief, the same is DENIED.

IT IS FURTHER ORDERED that Petitioner's Application for Order to Show Cause and Preliminary Injunction and Temporary Restraining Order, ECF No. 13, is DENIED as MOOT.

IT IS FURTHER ORDERED that any motion for costs and/or fees must be submitted on or before January 12, 2026.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, any party wishing to appeal from this Order must file a notice of appeal within 30 days (or 60 days if one of the parties is contemplated in Rule 4(a)(1)(B)), as provided in

Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

BY THE COURT,

/s/ Maureen P. Kelly

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of record (*via* CM/ECF)